IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kevin Jackson,                                    :
                                                  :
            Plaintiff(s),                          :
                                                  :     Case Number: 1:05cv798
      vs.                                         :
                                                  :     District Judge Susan J. Dlott
Sergeant Armstrong, et. al.,                      :
                                                  :
            Defendant(s).                          :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate

Judge Timothy S. Hogan filed on May 14, 2007(Doc. 19), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired June 4, 2007, hereby

ADOPTS said Report and Recommendations.

Accordingly, Plaintiff's Motion for Default Judgment (Doc. 12) is **DENIED** and

Defendants' Motion to Dismiss (Doc. 15) is **DENIED.**


IT IS SO ORDERED.



                                        ___s/Susan J. Dlott_____
_                                       Susan J. Dlott
                                        United States District Judge